UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., | No. 2:20-cv-01246 MCE CKD |
| Plaintiff, | ORDER |
| v. | |
| ALLEN ENGINEERING CONTRACTOR, INC.; UNION PACIFIC RAILROAD CO.; SOUTHERN PACIFIC CO.; and ROGER A TATE, | |
| Defendants. | |

On October 06, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

1

Accordingly, IT IS ORDERED that the Proposed Findings and Recommendations filed October 06, 2020, are ADOPTED, and:

1. Sunbelt Rentals, Inc.'s motion for default judgment (ECF No. 16) is GRANTED as to Allen Engineering Contractor, Inc. and DENIED as to Roger A. Tate;
2. Judgment is entered in Sunbelt Rentals, Inc.'s favor and against Allen Engineering Contractor, Inc.;
3. The Clerk is directed to vacate the entry of default as to Roger A. Tate (ECF No. 15);
4. Sunbelt Rentals, Inc. is awarded $79,289.78 in damages for breach of contract and $4,963.84 in pre-judgment interest, for a total amount of $84,253.62. This sum shall bear post-judgment interest at the rate of 0.12 percent; and
5. Sunbelt Rentals, Inc. shall recover its taxable costs of suit.

IT IS SO ORDERED.

Dated: January 19, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE