UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLEN ENGINEERING CONTRACTOR, INC.; UNION PACIFIC RAILROAD CO.; SOUTHERN PACIFIC CO., and ROGER A. TATE <br><br> Defendants. | Case No. 2:20-cv-01246-MCE-CKD <br><br> **ORDER GRANTING ATTORNEYS' FEES AND COSTS** |

This matter is before the Court on the Motion for an Award of Attorneys' Fees filed by Plaintiff Sunbelt Rentals, Inc. ("Sunbelt") (ECF No. 30) and Sunbelt's Bill of Costs (ECF No. 32), pursuant to Federal Rule of Civil Procedure 54(d) for its attorneys' fees and costs incurred in obtaining the default judgment against Defendant Allen Engineering Contractor, Inc. ("Allen Engineering"). After careful consideration, the Court finds that the conditions for awarding attorneys' fees and

1

costs incurred by Sunbelt in obtaining a default judgment against Allen Engineering under Federal Rule of Civil Procedure 54(d) and Local Rules 292 and 293 have been satisfied. The Court is therefore of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion for an Award of Attorneys' Fees filed by Plaintiff Sunbelt Rentals, Inc. (ECF No. 30) and Sunbelt's Bill of Costs (ECF No. 32) against Defendant Allen Engineering Contractor, Inc. is GRANTED such that the Court finds that Sunbelt is awarded the following:

(1) attorneys' fees in the amount of $21,910.50; and

(2) costs in the amount of $1,083.90.

IT IS FURTHER ORDERED that the Clerk of Court shall issue an Amended Judgment to include attorneys' fees in the amount of $21,910.50 and costs in the amount of $1,083.90.

IT IS SO ORDERED.

Dated: April 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE